Frank Olinski, Appellee, v. Milk Wagon Drivers' Union, Local 753 et al., Appellants.

Gen. No. 41,759.

opinion filed November 4, 1943; rehearing denied November 23, 1943. David A. Riskind and Abraham W. Brussell, for appellants; Russell J. Topper, for appellee. Opinion by JUSTICE SCANLAN. **Not to be published in full.**